No. 86–5594.   WRIGHT v. FIRESTONE TIRE & RUBBER CO. C. A. 11th Cir.   Certiorari denied.

No. 86–5595.   POPE v. JOLIET FEDERAL SAVINGS & LOAN ASSN. ET AL.   App. Ct. Ill., 3d Dist.   Certiorari denied.

No. 86–5597.   BECKER v. SUFFOLK COUNTY LEGAL AID DIVISION.   C. A. 2d Cir.   Certiorari denied.

No. 86–5604.   RIVERA v. FRANZEN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–5605.   BECKER v. ARCADIAN GARDENS.   C. A. 2d Cir. Certiorari denied.

No. 86–5606.   BECKER v. HENRY MODELLS & CO., INC.   C. A. 2d Cir.   Certiorari denied.

No. 86–5608.   DALTON v. DELAWARE.   Sup. Ct. Del.   Certiorari denied.

No. 86–5613.   ERWIN ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–5619.   ADELMAN v. GRAVES.   C. A. 5th Cir.   Certiorari denied.

No. 86–5622.   WOJTCZAK v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 86–5623.   PINTE v. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–5625.   PEARSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–5626.   CARTER v. ST. LOUIS-SAN FRANCISCO RAILWAY CO.   C. A. 6th Cir.   Certiorari denied.

No. 86–5634.   SMITH v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.